### 1600.  SHIRLEY *v.* THE STATE.

POWELL, J.  1. The verdict is authorized by the evidence.

2. In order that this court may consider an exception to the judge's re-
fusal to give a request to charge, it must appear not only that it was
in writing, but also that it was tendered to the court before the jury
retired "to consider of their verdict."     *Judgment affirmed.*

Conviction of shooting at another, from Rabun superior court—Judge Kimsey. November 27, 1908.

Submitted January 26,—Decided February 9, 1909.

*W. S. Paris,* for plaintiff in error.

*W. A. Charters, solicitor-general,* contra.